**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PEDRO MANUEL BARCENAS-NAJERA,** *Petitioner*,<br><br>v.<br><br>**J.L. JAMISON,** Warden, Federal Detention Center, Philadelphia; **JOHN E. RIFE,** Acting Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Philadelphia Field Office; **MARKWAYNE MULLIN,** Secretary of the Department of Homeland Security; **TODD BLANCHE,** Acting U.S. Attorney General; **U.S. DEPARTMENT OF HOMELAND SECURITY; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,** *Respondents*. | **Civil No. 26-5822** |

**ORDER**

**AND NOW**, this 21st day of August, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Pedro Manuel Barcenas-Najera and all corresponding briefing, it is hereby **ORDERED** as follows:

1. The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2. Barcenas-Najera is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3. The Government shall **RELEASE** Barcenas-Najera from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on August 22, 2026.

4. The Government is temporarily enjoined from re-detaining Barcenas-Najera for seven days following his release from custody.

5. If the Government chooses to pursue re-detention of Barcenas-Najera after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge